UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF LOUISIANA

| | |
|---|---|
| **CUSTOM CORRUGATED** **& SUPPLY, L.L.C.** | **CASE NO. 2:23-3132** |
| **VERSUS** | **JUDGE LEMELLE** |
| **AXIS SURPLUS INSURANCE COMPANY** | **MAGISTRATE VAN MEERVELD** |

**MOTION FOR EXPEDITED CONSIDERATION**

Plaintiff has filed a Motion to Quash the deposition of its expert, J.C. Tuthill, on the basis that the deposition was unilaterally noticed and neither counsel nor Ms. Tuthill are available on the noticed date. (Rec. Doc. ??) The date is December 11, 2024, and thus Plaintiff requests expediated consideration in order that the Motion to Quash be decided before December 11, 2024.

                 Respectfully submitted,

                 **LABORDE EARLES LAW FIRM, LLC**

                 */s/MaryK. Cryar*
                 **MARY K. CRYAR, Bar #24062**
                 **DERRICK G. EARLES #29570**
                 **DAVID C. LABORDE #20907**
                 1901 Kaliste Saloom Road
                 (70508) Post Office Box 80098
                 Lafayette, Louisiana 70598-0098
                 Office:  337-261-2617
                 Facsimile:  337-261-1934
                 ***Attorneys for Custom Corrugated &***
                 ***Supply LLC***

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon all known counsel of record by electronic mail, facsimile transmission and/or United States mail, properly addressed and postage prepaid, this 6th day of December, 2024.

*/s/MaryK. Cryar*
**MARY K. CRYAR**